| | |
|---|---|
| LARRY D. GLADFELTER, | |
| Petitioner, | **8:18CV306** |
| vs. | |
| DR. MARK FOXHALL, and DOUGLAS COUNTY CORRECTIONS, | **ORDER** |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus (filing no. 1) and a Motion for Leave to Proceed in Forma Pauperis (filing no. 4). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at filing no. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 4) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 6th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge